# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| CONSOLIDATED HORTICULTURE | ) | |
| GROUP LLC, | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

Following is a consolidated list of the Debtor's creditors holding the 35 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007 d) for filing in this chapter 11 case. The list does not include 1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or 2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 35 largest unsecured claims.

| (1) Name of creditor | (2) Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| THE IRVINE COMPANY | PETER CHANGALA<br>DEPT. 6001-6011<br>LOS ANGELES, CA 90084-6001<br>Tel.: (949) 720-2980<br>Fax: (949) 720-2598 | Rent | | $342,272.44 |
| LEONARD'S EXPRESS, INC. | KIM RICCIO<br>P.O. BOX 25130<br>FARMINGTON, NY 14425-0130<br>Tel.: (585) 742-9004<br>Fax: (505) 742-9044 | Trade Debt | | $332,998.80 |
| BALL SEED CO., INC. | KATE WALSH<br>622 TOWN RD.<br>W. CHICAGO, IL 60185<br>Tel.: 1-888-800-0028, ext. 3297<br>Fax: (630) 562-7907 | Trade Debt | | $308,977.59 |
| MYERS INDUSTRIES, INC., LAWN & GARDEN GROUP | JEANNE KUBRIN<br>24284 NETWORK PL.<br>CHICAGO, IL 60673-1242<br>Tel.: (440) 632-3331<br>Fax: (440) 632-3331 | Trade Debt | | $284,316.89 |

| (1) Name of creditor | (2) Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| THE HARTFORD | CUSTOMER SERVICE DEPT.<br>P.O. BOX 2907<br>HARFORD, CT 06104-2907<br>Tel. 1-866-467-8730<br>Fax: 1-888-443-6112 | Trade Debt | | $227,216.05 |
| NURSERY SUPPLIES, INC. | MELISSA MARTIN<br>P.O. BOX 51595<br>LOS ANGELES, CA 90051-5895<br>Tel.: 1-888-374-3196<br>Fax: 1-888-223-4876 | Trade Debt | | $190,020.96 |
| AMERICAN NURSERY SERVICES, INC. | MIRIAM HALL<br>17305 NE LEANDER DR.<br>SHERWOOD, OR 97140<br>Tel.: (971)645-0794<br>Fax: (503) 554-9071 | Trade Debt | | $139,758.91 |
| TARGET SPECIALTY PRODUCTS, INC. | MICHELLE CENTENO<br>P.O. BOX 3408<br>SANTE FE SPRINGS, CA 90670-3408<br>Tel.: (562) 802-2238 ext. 1247<br>Fax: (562) 404-2368 | Trade Debt | | $127,588.81 |
| BILL MOORE & COMPANY INC. | VERONICA HOOVER<br>P.O. BOX 1587<br>BRANDON, FL 33509<br>Tel.: (813) 689-6706<br>Fax: (813) 684-5856 | Trade Debt | | $125,149.95 |
| PAUL ECKE RANCH | DARRYL BELARMINO<br>P.O. BOX 230488<br>ENCINITAS, CA 92023-0488<br>Tel.: (760) 944-4019<br>Fax. (760) 944-4001 | Trade Debt | | $107,897.80 |
| INFOCROSSING, LLC | RONNIE GREEN<br>P.O. BOX 415699<br>BOSTON, MA 02241-5699<br>Tel.: (201) 840-4757<br>Fax: (201)-840-7217 | Trade Debt | | $87,079.86 |
| INTEGRACOLOR, LTD. | ANGIE SPRATT<br>P.O. BOX 671172<br>DALLAS, TX 75267-1172<br>Tel.: 1-800-933-8511, ext. 1165<br>Fax: (972) 222-4618 | Trade Debt | | $83,490.80 |
| VIS SEED COMPANY, INC. | HANS J. VIS<br>P.O. BOX 661953<br>ARCADIA, CA 91066<br>Tel.: (626) 445-1233<br>Fax: (626) 445-3779 | Trade Debt | | $83,404.24 |

| (1) Name of creditor | (2) Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| RAINBOW MUNICIPAL WATER DISTRICT | CUSTOMER SERVICE<br>370 OLD HWY 395<br>FALLBROOK, CA 92028<br>Tel.: (760) 728-1178<br>Fax: (760) 728-2575 | Utility | | $77,077.59 |
| CTI INTERNATIONAL LTD. | THU NGUYEN<br>2336 BLOOR ST. W<br>TORONTO, ON M6S 4Z7<br>CANADA<br>Tel.: (416) 767-9574 ext. 24 | Trade Debt | | $76,133.28 |
| PENSKE TRUCK LEASING CO., INC. | PETER WEEKS<br>P.O. BOX 7429<br>PASADENA, CA 91109-7429<br>Tel.: (925) 460-1888<br>Fax: (925) 460-4946 | Trade Debt | | $74,203.48 |
| JOHN HENRY CO., INC. | LINDA CARTER<br>75 REMITTANCE DR., STE. 3111<br>CHICAGO, IL 60675-3111<br>Tel.: 1-800-748-0517<br>Fax: (817) 514-8689 | Trade Debt | | $73,453.68 |
| LANDMARK PLASTICS, INC. | JOYCE VASILEV<br>LBX 774236<br>4236 SOLUTIONS CTR.<br>CHICAGO, IL 60677-4002<br>Tel.: 1-800-242-1183, ext. 117<br>Fax. (330) 785-9200 | Trade Debt | | $71,367.88 |
| INTERNATIONAL NURSERY PRODUCTS | ALEX MILNE<br>763 BEATTY DR.<br>MISSION, BC V2V 6C4<br>CANADA<br>Tel.: (604) 764-8707<br>Fax: (604) 696-5518 | Trade Debt | | $70,615.52 |
| KARRIERS, INC. | LANNY PERKINS<br>P.O. BOX 12417<br>GRAND FORKS, IN 58208-2417<br>Tel.: (559) 876-5405<br>Fax.: (559) 876-6403 | Trade Debt | | $69,650.00 |
| CONTAINER CENTRALEN (CC), INC. | MAX MILORD<br>855 E PLANT ST., STE. 1400<br>WINTER GARDEN, FL 34787<br>Tel.: (321) 422-3003 | Trade Debt | | $66,451.74 |

| (1) Name of creditor | (2) Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| CENTRAL REFRIGERATED SERVICE, INC. | SYLVIA KIND<br>P.O. BOX 27358<br>SALT LAKE CITY, UT 84127-0358<br>Tel.: (801) 924-7153<br>Fax: (801) 924-7192 | Trade Debt | | $65,586.90 |
| C & H TRANSIT, INC. | MORRIS COFFMAN<br>P.O. BOX 381<br>GREENCASTLE, IN 46135<br>Tel.: (707) 693-1965<br>Fax: (707) 693-0389 | Trade Debt | | $60,500.00 |
| OSI CONSULTING, INC. | ANNA UPCHURCH<br>5950 CANOGA AVE., #300<br>WOODLAND HILLS, CA 91367<br>Tel.: (818) 992-2795<br>Fax: (818) 992-8700 | Trade Debt | | $58,100.00 |
| RUBEN M. GARCIA, INC. | RUBEN GARCIA<br>P.O. BOX 775<br>WINTERS, CA 95694<br>Tel.: (530) 795-1000<br>Fax: (530) 795-1536 | Trade Debt | | $56,440.55 |
| MONROVIA NURSERY COMPANY | MYRON HOFFMAN<br>827 MONROVIA PL.<br>AZUSA, CA 91702-1385<br>Tel.: 1-800-999-9321 ext. 1215<br>Fax: (559) 559-564-5820 | Trade Debt | | $56,096.48 |
| SYNGENTA SEEDS, INC. | CUSTOMER SERVICE<br>22024 NETWORK PL.<br>CHICAGO, IL 60673-1220<br>Tel.: 1-800-454-8159<br>Fax: (630) 969-6373 | Trade Debt | | $54,873.12 |
| FOREMOST CO., INC. | EDWIN DOSSET<br>P.O. BOX 861428<br>ORLANDO, FL 32886-1428<br>Tel.: 1-800-421-8986 ext. 245 | Trade Debt | | $50,377.81 |
| PACIFIC GAS AND ELECTRIC COMPANY | CUSTOMER SERVICE<br>P.O. BOX 997300<br>SACRAMENTO, CA 95899-7300<br>Tel.: 1-877-311-3276<br>Fax: 1-866-283-0730 | Utility | | $47,667.46 |
| ADVANCED SYSTEMS GROUP | CUSTOMER SERVICE<br>15265 ALTON PKWY, #300<br>IRVINE, CA 92618<br>Tel.: (949) 777-0400<br>Fax: (949) 777-0401 | Trade Debt | | $46,349.39 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSOLIDATED HORTICULTURE | ) | |
| GROUP LLC, | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |

**DECLARATION OF STEPHEN THIGPEN, REGARDING CONSOLIDATED LIST OF CREDITORS HOLDING THIRTY LARGEST UNSECURED CLAIMS**

I, Stephen Thigpen, President and Chief Executive Officer of Consolidated Horticulture Group LLC, New Hines Parent Company LLC and Hines Nurseries LLC (collectively, the "Debtors"), hereby declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding Thirty Largest Unsecured Claims and that it is true and correct to the best of my information and belief. Inclusion of any entity on the List of Creditors Holding Thirty Largest Unsecured Claims does not constitute: (1) a waiver of any defense; (2) an acknowledgement that any claim is allowable; and/or (3) a waiver of any other right, remedy or position of the Debtors.

Pursuant to 28 U.S.C. § 1746, 1 declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 11th day of October, 2010.

_____
Stephen Thigpen
President and Chief Executive Officer
Consolidated Horticulture Group LLC

68700-001\DOCS_DE:164350.1