IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| CONSOLIDATED HORTICULTURE | ) | |
| GROUP LLC, | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |

## **LIST OF EQUITY SECURITY HOLDERS**

| **Debtor** | **Equity Holder** | **Address of Equity Holder** | **Percentage of Equity Held** |
| --- | --- | --- | --- |
| Consolidated Horticulture Group, L.L.C. | BD CHG Holdings LLC | 1 Sound Shore Drive, Suite 200 Greenwich, CT 06830 | 99% |
| Consolidated Horticulture Group, L.L.C. | BD CHG Holdings II LLC | 1 Sound Shore Drive, Suite 200 Greenwich, CT 06830 | 1% |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSOLIDATED HORTICULTURE | ) | |
| GROUP LLC, | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |

**DECLARATION OF STEPHEN THIGPEN, REGARDING CONSOLIDATED HORTICULTURE GROUP LLC'S LIST OF EQUITY SECURITY HOLDERS**

I, Stephen Thigpen, President and Chief Executive Officer of Consolidated Horticulture Group LLC, hereby declare under penalty of perjury that I have read the foregoing Consolidated Horticulture Group LLC's List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Pursuant to 28 U.S.C. § 1746, 1 declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 11th day of October, 2010.

_____
Stephen Thigpen
President and Chief Executive Officer
Consolidated Horticulture Group LLC