# EXHIBIT B

15341-001\DOCS_DE:164495.1

Hines Nurseries LLC
Four Week DIP Budget
(in $000s)

| FISCAL MONTH: | Oct-10 Fcst | Oct-10 Fcst | Oct-10 Fcst | Oct-10 Fcst | |
|---|---|---|---|---|---|
| Week: | 1 | 2 | 3 | 4 | |
| Hines Week #: | 41 | 42 | 43 | 44 | |
| Ended: | 10/17/10 | 10/24/10 | 10/31/10 | 11/07/10 | Total |

| | | | | | |
|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | |
| Gross Cash Collections from Customers | $ 902 | $ 793 | $ 882 | $ 929 | $ 3,506 |
| Customer Rebates | - | (100) | - | - | (100) |
| Net Cash Collections from Customers | $ 902 | $ 693 | $ 882 | $ 929 | $ 3,406 |
| | | | | | |
| BD Bordiers A/R collections | 351 | 351 | 351 | 351 | 1,403 |
| BD Bordiers disbursements | (231) | (231) | (231) | (231) | (926) |
| Net Cash Receipts from BD Bordiers | 119 | 119 | 119 | 119 | 477 |
| | | | | | |
| **TOTAL OPERATING RECEIPTS** | $ 1,021 | $ 812 | $ 1,001 | $ 1,048 | $ 3,883 |
| | | | | | |
| **PRE-PETITION OPERATING DISBURSEMENTS** | | | | | |
| Payroll Wages | 1,436 | - | - | - | 1,436 |
| Payroll Benefits | 121 | - | - | - | 121 |
| Temporary Labor | - | - | - | - | - |
| Third-Party Merchandising | - | - | - | - | - |
| Taxes | - | - | 112 | 233 | 345 |
| Insurance | 109 | - | - | - | 109 |
| | | | | | |
| **POST-PETITION OPERATING DISBURSEMENTS** | | | | | |
| Payroll Wages | 26 | - | 891 | 60 | 977 |
| Payroll Benefits | 254 | - | - | - | 254 |
| Rent | 133 | - | - | 3 | 136 |
| Utilities - Deposits | - | - | 180 | - | 180 |
| Utilities - Recurring | 72 | 72 | 72 | 72 | 288 |
| IT Services | 150 | - | 6 | 1 | 157 |
| Raw Materials | 76 | 76 | 76 | 76 | 305 |
| Chemicals and Fertilizers | 46 | 46 | 46 | 46 | 183 |
| Distribution | 187 | 187 | 187 | 187 | 747 |
| Temporary Labor | 142 | 142 | 142 | 142 | 568 |
| Third-Party Merchandising | 182 | - | - | - | 182 |
| Taxes | - | - | - | - | - |
| Insurance | 173 | 29 | - | - | 202 |
| Capital Expenditures | - | - | - | - | - |
| Professional Fees [1] | 300 | 275 | 260 | 235 | 1,070 |
| Irvine site exit costs | - | - | - | 263 | 263 |
| Somis site exit costs | - | - | 265 | 265 | 530 |
| Horticultural Supplies | 50 | 50 | 25 | 25 | 150 |
| | | | | | |
| **TOTAL OPERATING DISBURSEMENTS** | $ 3,458 | $ 877 | $ 2,260 | $ 1,608 | $ 8,203 |
| | | | | | |
| **OPERATING CASH FLOW** | $ (2,437) | $ (65) | $ (1,259) | $ (560) | $ (4,321) |
| | | | | | |
| Interest / Fees | - | - | 378 | 47 | 425 |
| | | | | | |
| **NET CASH FLOW FROM OPERATIONS** | $ (2,437) | $ (65) | $ (1,637) | $ (607) | $ (4,746) |
| | | | | | |
| **LIQUIDITY** | | | | | |
| *Beginning DIP Balance* | $ - | $ 2,437 | $ 2,502 | $ 4,139 | |
| Draw / (Paydown) of Revolver | 2,437 | 65 | 1,637 | 607 | |
| *Ending DIP Balance* | $ 2,437 | $ 2,502 | $ 4,139 | $ 4,746 | |
| | | | | | |
| *Pre-Petition Revolver Balance* | $ 48,565 | $ 48,565 | $ 48,565 | $ 48,565 | |

Hines Nurseries LLC
Four Week DIP Budget
(in $000s)

| FISCAL MONTH: | Oct-10 Fcst | Oct-10 Fcst | Oct-10 Fcst | Oct-10 Fcst | |
|---|---|---|---|---|---|
| Week: | 1 | 2 | 3 | 4 | |
| Hines Week #: | 41 | 42 | 43 | 44 | |
| Ended: | 10/17/10 | 10/24/10 | 10/31/10 | 11/07/10 | Total |

**AVAILABILITY**

| | | | | | |
|---|---|---|---|---|---|
| *Beginning Accounts Receivable Balance* | | 5,538 | 5,338 | 5,283 | 5,168 |
| LESS: Applied Cash Receipts | | (1,100) | (990) | (1,090) | (1,140) |
| ADD: Sales | | 900 | 935 | 975 | 640 |
| *Ending Accounts Receivable Balance* | $ | 5,338 $ | 5,283 $ | 5,168 $ | 4,668 |
| LESS: Unapplied Cash | | - | - | - | - |
| LESS: Ineligibles | | (1,525) | (1,525) | (1,525) | (1,525) |
| *Ending Accounts Receivable Balance* | $ | 3,813 $ | 3,758 $ | 3,643 $ | 3,143 |
| Advance Rate | | 85% | 85% | 85% | 85% |
| *Eligible Accounts Receivable* | $ | 3,241 $ | 3,194 $ | 3,097 $ | 2,672 |
| | | | | | |
| *Eligible Inventory* | | 37,875 | 37,575 | 37,275 | 36,975 |
| LESS: Rent Reserve | | (658) | (658) | (658) | (658) |
| *Total Revolver Borrowing Base Availability* | $ | 40,458 $ | 40,111 $ | 39,714 $ | 38,989 |
| LESS: Availability Block | | (2,600) | (2,600) | (2,600) | (2,600) |
| LESS: Dilution Reserve | | (93) | (93) | (93) | (93) |
| *Maximum Revolver Borrowing Availability* | $ | 37,765 $ | 37,418 $ | 37,021 $ | 36,296 |
| LESS: Revolver / DIP Outstanding | | 51,002 | 51,067 | 52,704 | 53,311 |
| *Net Availability* | $ | (13,237) $ | (13,649) $ | (15,684) $ | (17,015) |

Notes:
(1) - Professional Fees are reflected on an accrual basis and certain professional fees are subject to court approval.

**Hines Nurseries LLC**
Professional Fees

| Week Ending: | Fcst 17-Oct-10 | | Fcst 24-Oct-10 | | Fcst 31-Oct-10 | | Fcst 7-Nov-10 | | Fcst Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Company Advisors* | | | | | | | | | | |
| FTI | $ | 150 | $ | 150 | $ | 100 | $ | 100 | $ | 500 |
| Jones-Walker | | 50 | | 50 | | 50 | | 50 | | 200 |
| PSZJ | | 50 | | 50 | | 50 | | 50 | | 200 |
| Claims Agent | | 25 | | - | | 25 | | - | | 50 |
| *Bank Advisors* | | | | | | | | | | |
| FA for the Bank | | - | | - | | - | | - | | - |
| Counsel for the Bank | | 25 | | 25 | | 25 | | 25 | | 100 |
| *UCC* | | | | | | | | | | |
| FA for the UCC | | - | | - | | 5 | | 5 | | 10 |
| Counsel for the UCC | | - | | - | | 5 | | 5 | | 10 |
| **Total Professional Fees** | $ | 300 | $ | 275 | $ | 260 | $ | 235 | $ | 1,070 |