IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSOLIDATED HORTICULTURE | ) | |
| GROUP LLC, et al.,[1] | ) | Case No. 10-13308 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 6** |

**SUPPLEMENTAL AFFIDAVIT OF LAURA DAVIS JONES IN SUPPORT OF APPLICATION PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE**

LAURA DAVIS JONES, ESQUIRE, being duly sworn, deposes and says:

1. I am a partner in the firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), located at 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, and have been duly admitted to practice law in the State of Delaware, the United States District Court for the District of Delaware, the United States Court of Appeals for the Third Circuit, and the Supreme Court of the United States.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Consolidated Horticulture Group LLC (2698); New Hines Parent Company LLC (9355); Hines Nurseries LLC (2567). The location of the Debtors' headquarters and the service address for the Debtors is: 12621 Jeffrey Road, Irvine, California 92620.

2. I make this supplemental affidavit (the "Supplemental Affidavit") pursuant to Rule 2014 of the Federal Rule of Bankruptcy Procedure in further support of the *Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 6] (the "Application"). Concurrently with the Application and in support thereof, the Firm filed the *Affidavit of Laura Davis Jones in Support of Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* (the "Original Affidavit").

3. I, on behalf of the Firm, file this supplemental affidavit ("Supplemental Affidavit") pursuant to Rule 2014 of the Federal Rule of Bankruptcy Procedure to disclose the following in further support of the Application:

 a. the Firm has reviewed its connections related to the list of parties in interest in these cases attached hereto as <u>Exhibit A</u>.

4. As demonstrated above and in the Original Affidavit, the Firm is disinterested within the meaning of 11 U.S.C. § 101(14), as modified by 11 U.S.C. § 1107(b), and does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason, except as disclosed herein.

5. Except as specifically disclosed in the Application, the Originial Affidavit or discussed above, to the best of my knowledge, the Firm does not represent any of the Debtors' known creditors. The Firm, however, will file supplemental affidavits when necessary and as the Firm becomes aware of additional material information. To the best of my knowledge, the facts set forth in this Supplemental Affidavit are true and correct.

Dated: October 25, 2010

_____
Laura Davis Jones

SWORN TO AND SUBSCRIBED before me this 25th day of October, 2010.

_____
Notary Public
My Commission Expires: 2-20-12

**DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 20, 2012**