# EXHIBIT A

William Allen
Lynn Strohsal
Stephen Thigpen
Bank of America
BD CHG Holdings, LLC
BD CHG Holdings, II, LLC
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
Pachulski, Stang, Ziehl, & Jones
Akerman, Senterfitt & Edison, P.A.
Littler Mendelson, PC
FTI Consulting, Inc.
BDO, LLC
Kieckhafer, Schiffer & Co., LLC
Butler, Robbins & White, LLC
Dorsey & Witney, LLP
Leonard's Express, Inc.
The Irvine Company
Ball Seed Co., Inc.
Myers Industries, Inc.
The Hartford Companies
Nursery Supplies, Inc.
American Nursery Services, Inc.
Target Specialty Products, Inc.
Bill Moore & Company, Inc.
Paul Ecke Ranch
Infocrossing, LLC
Integracolor, Ltd.
VIS Seed Company, Inc.
Rainbow Municipal Water District
CTI International
Penske Truck Leasing Co., Inc.
Landmark Plastics, Inc.
International Nursery Products
John Henry Co., Inc.
Karriers, Inc.
Container Centralen
Central Refrigerated Service, Inc.
C&H Transit, Inc.
OSI Consulting, Inc.
Ruben M. Garcia, Inc.
Monrovia Nursery Co.
Sygenta Seeds, Inc.
Foremost Co., Inc.
Pacific Gas & Electric Co.
Advanced Systems Group

Claudia M. Pieropan
Stephen P. Thigpen
Michael J. Trebing
Jason Matsuura
The Irvine Company
Dell Financial Services, LP
M&M Sanitary, LLC
Resource Plus
Xtra Lease, Inc.
US Bank
Williams Scotsman, Inc.
Canon Financial Services, Inc.
Mobile Modular Management
CIT Technology Financial Service, Inc.
John Deere Credit Services, Inc.
Hitachi Data Systems Corp.
GE Capital, Inc.
NMHG Financial Services
Equipment Depot, LP
TCI Leasing & Rentals
Charlotte Andre
Associated Services, Inc.
Agriland Farming Co.
Mobile Mini, LLC
American Messaging Service
Arizona Public Service
AT&T
AT&T Long Distance
Cable One, Inc.
Centerpoint Energy
City of Hillsboro
Consolidated Disposal Service
Cornelius Disposal Services
County of Ventura Water & Sewerage Dept.
Fallbrook Waste & Recycling
Frontier Energy
Irvine Ranch Water District
Northwest Natural Gas
Pacific Gas & Electric
Portland General Electric
Qwest Communications, Inc.
Rainbow Municipal Water
Recology Vacaville Solano
Reliant Energy
San Diego Gas & Electric
SCE

So Cal Gas Company
Solano Irrigation District
Southwest Gas Corporation
Sprint PCS
T-Mobile USA, Inc.
Town of Chino Valley
Tualatin Valley Irrigation District
Unisource
Valley West Refuse & Recycling
Verizon California
Verizon Northwest
Waste Management of Arizona
Waste Management of Orange County
Waste Management of Oregon
Windstream Corp.
The Home Depot
Lowe's Companies, Inc.
Wal-Mart Stores, Inc.
Leonard's Express, Inc.
Ball Seed Co., Inc.
Myers Industries, Inc.
Nursery Supplies, Inc.
American Nursery Services, Inc.
Target Specialty Products, Inc.
Bill Moore & Company, Inc.
Paul Ecke Ranch
Infocrossing, LLC
Integracolor, Ltd.
VIS Seed Company, LLC
CIT International, Ltd.
Penske Truck Leasing Co., Inc.
John Henry Co., Inc.
Landmark Plastics, Inc.
International Nursery Prodcucts
Karriers, Inc.
Container Centralen, Inc.
Central Refrigerated Service, Inc.
C&H Transit, Inc.
OSI Consulting, Inc.
Ruben M. Garcia, Inc.
Monrovia Nursery Company
Syngenta Seed, Inc.
Foremost Co., Inc.
Advanced Systems Group
EZ Shipper Racks, Inc.
Rainbow Azalea Farms

Henry F. Michell Company, Inc.
Growers Ag Service
Summit Plastic Co., Inc.
JJ Roberts & Son, Inc.
Casa Flora, Inc.
Abbott-IPCO, Inc.
Pacesetter Personnel Service
Boething Treeland Farms
Romeo Packaging Co., Inc.
MC Hutchison, LLC
Bailey Nurseries, Inc.
Haul-Mark Trucking, Inc.
Weber Marking Systems, Inc.
Vernon McQueen
Bond Manufacturing Co., Inc.
Aris Horticulture, Inc.
Hunt & Sons, Inc.
Landscapers Pride, Inc.
Martin's Nursery
Netsalud, Inc.
Premier Horticulture, Inc.
Resuser, Inc.
Jackson & Perkins Wholesale, Inc.
T.O. Plastics, Inc.
Left Coast Logistics, LLC
Village Nurseries Wholesale, LLC
Express Seed Co., Inc.
VRE Systems
Corporate Buildings Services, Inc.
Inovis, Inc.
Dell, Inc.
Color Spot Nurseries, Inc.
H-W Chair Co., Inc.
Cisco Systems Capital, Inc.
Lobasso Packaging
Alta Nursery, Inc.
ADP, Inc.
Ceridian Employer Services, Inc.
Helena Chemical Company, Inc.
Estes, Inc.
Guilick Trucking
Journey Freight International
Optisource Tech., Inc.
Therm O Rock West, Inc.
Western Tag & Label, LLC
Greenleaf Chemical, LLC

Advantage Placements, Inc.
UFP New Waverly, LLC
Dillen Products, Inc.
Instock Retail Services, Inc.
Texas Freight Services, Inc.
Twyford Plant Lab, Inc.
SC Fuels, Inc.
Westside Rock-Haven Quarry, LLC
FTI Trailer and Refrigeration Repair
Air Express
Armstrong Garden Centers, Inc.
Dip N Grow, Inc.
Beaver Bark, Inc.
McConkey, Inc.
Lacebark, Inc.
A-ROO Company, Inc.
Carl Eastwood & Sons
Stevens Transport, Inc.
D-Stake Mill, Inc.