IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSOLIDATED HORTICULTURE | ) | |
| GROUP LLC, et al.,[1] | ) | Case No. 10-13308 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE ) 
)SS
COUNTY OF NEW CASTLE )

Dina K. Whaley, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the proposed Debtors, in the above-captioned action, and that on the 25th day of October, 2010, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

> SUPPLEMENTAL AFFIDAVIT OF LAURA DAVIS JONES IN SUPPORT OF APPLICATION PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE

/s/ Dina K. Whaley
Dina K. Whaley

Sworn to and subscribed before
me this 25th day of October, 2010

/s/ Diane K. Potts
Notary Public
My Commission Expires: 2-20-12

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 20, 2012

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Consolidated Horticulture Group LLC (2698); New Hines Parent Company LLC (9355); Hines Nurseries LLC (2567). The location of the Debtors' headquarters and the service address for the Debtors is: 12621 Jeffrey Road, Irvine, California 92620.

15341-001\DOCS_DE:164819.1

**Consolidated Horticulture Group**
**First Class 2002 Service List**
Case No. 10-
Document No. 164419
01 - Interoffice
06 – Hand Delivery
42 – First Class Mail
02 – Foreign First Class Mail

(Proposed Counsel for Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

**Interoffice Mail**
(Proposed Counsel for Debtors and Debtors in Possession)
David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Hand Delivery**
)
Parcels
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to the DIP Agent)
Richard S. Cobb, Esquire
J. Landon Ellis, Esquire
Landis, Rath & Cobb, LLP
919 Market Street, Suite 1800
P.O. Box 2097
Wilmington, DE 19899

**Hand Delivery**
(Counsel to the Sub Loan Agent and the Term Loan Agent)
Skadden, Arps, Slate, Meagher & Flom LLP
Ian S. Fredericks, Esquire
One Rodney Square
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Bank of America, N.A.)
Stuart M. Brown, Esquire
R. Craig Martin, Esquire
Michelle E. Marino, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114-0326

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**First Class Mail**
George S. Canellos, Esquire
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Matthew Berry, Esquire
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Top 30 Creditors)
Leonard's Express, Inc.
P.O. Box 25130
Farmington, NY 14425

**First Class Mail**
(Top 30 Creditors)
The Irvine Company
Dept. 6001-6011
Los Angeles, CA 90084

**First Class Mail**
(Top 30 Creditors)
Ball Seed Co., Inc.
622 Town Road
West Chicago, IL 60185

**First Class Mail**
(Top 30 Creditors)
Myers Industries, Inc.
24284 Network Place
Chicago, IL 60673

**First Class Mail**
(Top 30 Creditors)
The Hartford Companies
P.O. Box 2907
Hartford, CT 06104

**First Class Mail**
(Top 30 Creditors)
Nursery Supplies, Inc.
P.O. Box 51595
Los Angeles, CA 90051

**First Class Mail**
(Top 30 Creditors)
American Nursery Services, Inc.
17305 NE Leander Drive
Sherwood, OR 97140

**First Class Mail**
(Top 30 Creditors)
Target Specialty Products, Inc.
P.O. Box 3408
Santa Fe Springs, CA 90670

**First Class Mail**
(Top 30 Creditors)
Bill Moore & Company, Inc.
P.O. Box 1587
Brandon, FL 33509

**First Class Mail**
(Top 30 Creditors)
Paul Ecke Ranch
P.O. Box 230488
Encinitas, CA 92023

**First Class Mail**
(Top 30 Creditors)
Infocrossing, LLC
P.O. Box 415699
Boston, MA 02241

**First Class Mail**
(Top 30 Creditors)
Integracolor, Ltd.
P.O. Box 671172
Dallas, TX 75267

**First Class Mail**
(Top 30 Creditors)
VIS Seed Company, Inc.
P.O. Box 661953
Arcadia, CA 91066

**First Class Mail**
(Top 30 Creditors)
Rainbow Municipal Water District
370 Old Highway 395
Fallbrook, CA 92028

**First Class Mail**
(Top 30 Creditors)
Penske Truck Leasing Co., Inc.
P.O. Box 7429
Pasadena, CA 91109

**First Class Mail**
(Top 30 Creditors)
Landmark Plastics, Inc.
LBX 774236
4236 Solutions Center
Chicago, IL 60677

**First Class Mail**
(Top 30 Creditors)
John Henry Co., Inc.
75 Remittance Drive, Suite 3111
Chicago, IL 60675

**First Class Mail**
(Top 30 Creditors)
Karriers, Inc.
P.O. Box 12417
Grand Forks, IN 58208

**First Class Mail**
(Top 30 Creditors)
Container Centralen
855 East Plant Street, Suite 1400
Winter Garden, FL 34787

**First Class Mail**
(Top 30 Creditors)
Central Refrigerated Service, Inc.
P.O. Box 27358
Salt Lake City, UT 84127

**First Class Mail**
(Top 30 Creditors)
C&H Transit, Inc.
P.O. Box 381
Greencastle, IN 46135

**First Class Mail**
(Top 30 Creditors)
OSI Consulting, Inc.
5950 Canoga Avenue, # 300
Woodland Hills, CA 91367

**First Class Mail**
(Top 30 Creditors)
Ruben M. Garcia, Inc.
P.O. Box 775
Winters, CA 95694

**First Class Mail**
(Top 30 Creditors)
Monrovia Nursery Co.
827 Monrovia Place
Azusa, CA 91702

**First Class Mail**
(Top 30 Creditors)
Sygenta Seeds, Inc.
22024 Network Place
Chicago, IL 60673

**First Class Mail**
(Top 30 Creditors)
Foremost Co., Inc.
P.O. Box 861428
Orlando, FL 32886

**First Class Mail**
(Top 30 Creditors)
Pacific Gas & Electric Co.
P.O. Box 997300
Sacramento, CA 95899

**First Class Mail**
(Top 30 Creditors)
Advanced Systems Group
15265 Alton Parkway, # 300
Irvine, CA 92618

**First Class Mail**
(Counsel to the DIP Agent)
Adam Harris, Esquire
Kathryn Turner, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel to the ABL Agent; Counsel for Bank of America, N.A.)
Douglas J. Bacon, Esquire
Alice Decker Burke, Esquire
Latham & Watkins LLP.
233 South Wacker Drive, Suite 5800
Chicago, IL 60606

**First Class Mail**
(Counsel to the Sub Loan Agent and the Term Loan Agent)
Chris L. Dickerson, Esquire
Kimberly A. DeBeers, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606

**First Class Mail**
(Counsel for the Texas Comptroller of Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**Foreign First Class Mail**
(Top 30 Creditors)
International Nursery Products
763 Beatty Drive
Mission, BC  V2V 6C4
Canada

**Foreign First Class Mail**
(Top 30 Creditors)
CTI International
2336 Bloor Street, West
Toronto, ON  M6S 4Z7
Canada