# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 11
                                                    :
**CONSOLIDATED HORTICULTURE**                       :     Case No. 10-13308 (CSS)
**GROUP LLC,** *et al.*,                            :
                                                    :
        **Debtors.**   :
                                                    :
---------------------------------------------------------x

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Leonard's Express, Inc.**, P.O. Box 25130, Farmington, NY 14425; Phone 585-742-9004; Fax: 585-742-9044.

2. **Ball Seed Co., Inc.,** 622 Town Road, W. Chicago, Ill. 60185; Phone: 1-888-800-0028; Fax 630-562-7907.

3. **Myers Industries, Inc., Lawn & Garden Group**, 24284 Network Pl., Chicago, Il 60673-1242, Phone: 440-632-3331; Fax: 440-632-3331.

                                        ROBERTA A. DeANGELIS
                                        Untied States Trustee, Region 3

                                        /s/ Juliet Sarkessian for
                                        WILLIAM K. HARRINGTON
                                        ASSISTANT UNITED STATES
                                        TRUSTEE

Dated: October 26, 2010

Attorney assigned to this case: Juliet Sarkessian, Esquire, Phone: (301) 573-6491, Fax: (302) 573-6497.

Debtors' Counsel: Laura Davis Jones, Esquire, Pachulski Stang Ziehl & Jones LLP, Phone: 302.652.4100, Fax: 302.652.4400.