# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CONSOLIDATED HORTICULTURE GROUP LLC, *et al.*<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 10-13308 (CSS)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that pursuant to Bankruptcy Rules 2002 and 9010(b), Blank Rome LLP ("Blank Rome") and Lowenstein Sandler PC ("Lowenstein"), proposed co-counsel for the Official Committee of Unsecured Creditors of Consolidated Horticulture Group LLC, et al., (the "Committee"), request that all notices given or required to be given in these cases be given to and served upon Blank Rome and Lowenstein at the following addresses:

| | |
|---|---|
| David W. Carickhoff, Esq.<br>Alan M. Root, Esq.<br>**Blank Rome LLP**<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>Phone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: carickhoff@blankrome.com<br>Email: root@blankrome.com | Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>Vincent A. D'Agostino, Esq.<br>Wojciech F. Jung, Esq.<br>**Lowenstein Sandler PC**<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br>Email: krosen@lowenstein.com<br>Email: slevine@lowenstein.com<br>Email: bnathan@lowenstein.com<br>Email: vd'agostino@lowenstein.com<br>Email: wjung@lowenstein.com |

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and

notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned debtors and debtors in possession (the "Debtors") or the property of the Debtors, or any of the rights or interests held or asserted by the Committee with respect to the Debtors or property of the Debtors.

***PLEASE TAKE FURTHER NOTICE*** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Committee.

Dated: October 28, 2010

**BLANK ROME LLP**

*/s/ Alan M. Root*
David W. Carickhoff (3715)
Alan M. Root (No. 5427)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Vincent A. D'Agostino, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*