# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: Hines Nurseries LLC  
Debtor

Case No. 10-13310  
Reporting Period: October 12, 2010 through November 7, 2010

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | No | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | No | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | No | |
| Copies of bank statements | | No | No | |
| Cash disbursements journals | | No | No | |
| Statement of Operations | MOR-2 | Yes | No | |
| Balance Sheet | MOR-3a | Yes | No | |
| Statement of Cash Flows | MOR-3b | Yes | No | |
| Status of Postpetition Taxes | MOR-4 | Yes | No | |
| Copies of IRS Form 6123 or payment receipt | | No | N/A | |
| Copies of tax returns filed during reporting period | | No | N/A | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | No | |
| Listing of aged accounts payable | MOR-4 | Yes | No | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No | |
| Debtor Questionnaire | MOR-5 | Yes | No | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  12-7-10  
Signature of Debtor                Date

_____  _____  
Signature of Joint Debtor          Date

_____  12-7-10  
Signature of Authorized Individual*   Date

_____  _____  
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Consolidated Horticulture Group LLC (Case No. 10-13308) and New Hines Parent Company LLC (Case No. 10-13309) have no ongoing operations. The Statement of Operations, Balance Sheet, and Cash Flows of Hines Nurseries LLC (the "Debtor") has been taken from the books and records of the Debtor. The amounts reflected in these financials are unaudited. The Debtor reserves the right to amend the Monthly Operating Report in all respects at any time as may be necessary or appropriate.

MOR  
(04/07)

In re: Hines Nurseries LLC  
Case No. 10-13310  
Reporting Period: October 12, 2010 through November 7, 2010

## MOR-1 - SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

|  | Actual - 10/12 - 11/7 |
|---|---:|
| **Receipts** | |
| Gross Cash Collections from Customers | $ 4,213,235 |
| Customer Rebates | (123,868) |
| Net Cash Collections from Customers | $ 4,089,367 |
| | |
| BD Bordiers A/R collections | 990,445 |
| BD Bordiers Disbursements | (674,330) |
| Net Cash Receipts from BD Bordiers | 316,115 |
| | |
| **Total Operating Receipts** | $ 4,405,482 |
| | |
| **Pre-Petition Operating Disbursements** | |
| Payroll Wages | 1,192,911 |
| Payroll Benefits | 194,430 |
| Temporary Labor | - |
| Third-Party Merchandising | - |
| Taxes | - |
| Insurance | 103,043 |
| | |
| **Post-Petition Operating Disbursements** | |
| Payroll Wages | 1,006,628 |
| Payroll Benefits | 186,202 |
| Rent | 131,210 |
| Utilities - Deposits | 223,953 |
| Utilities - Recurring | 21,901 |
| IT Services | 141,676 |
| Raw Materials | 636,171 |
| Chemicals and Fertilizers | 137,632 |
| Distribution | 676,101 |
| Temporary Labor | 521,867 |
| Third-Party Merchandising | 18,085 |
| Taxes | 879 |
| Insurance | 190,031 |
| Capital Expenditures | - |
| Professional Fees | - |
| Irvine site exit costs | - |
| Somis site exit costs | - |
| Horticultural Supplies | 270,744 |
| | |
| **Total Operating Disbursements** | $ 5,653,463 |
| | |
| **Operating Cash Flow** | $ (1,247,981) |
| | |
| Interest / Fees | 293,454 |
| | |
| **Net Cash Flow from Operations** | $ (1,541,435) |
| | |
| **DIP Balance** | $ 2,300,000 |

In re: Hines Nurseries LLC  
Debtor

Case No. 10-13310  
Reporting Period: October 12, 2010 through November 7, 2010

# BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| BALANCE PER BOOKS | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |

See Following Page MOR-1a (Cont'd) - LIST OF BANK ACCOUNTS

MOR-1a (Cont'd) - LIST OF BANK ACCOUNTS

**Hines Nurseries LLC**
**List of Bank Accounts**
**Reporting Period: October 12, 2010 through November 7, 2010**

| GL # | Institution | Account Name | Account # | Debtor | Book Balance | As of date | Reconciled (Y/N) |
|---|---|---|---|---|---|---|---|
| 10001 | ——— | Petty cash | ---- | Hines Nurseries LLC | $ 7,585.07 | 11/07/10 | Y |
| — | VISA/MC AMEX | Visa/ Mastercard | 2273 | Hines Nurseries LLC | - | 11/07/10 | Y |
| 10270 | Bank of America | Lockbox (Blocked Account) | 1204 | Hines Nurseries LLC | 197,658.57 | 11/07/10 | Y |
| 10290 | Bank of America | Funding Account | 1209 | Hines Nurseries LLC | 508,887.82 | 11/07/10 | Y |
| 10275 | Bank of America | Payroll Account | 6621 | Hines Nurseries LLC | 51,688.35 | 11/07/10 | Y |
| 10205 | Bank of America | Main AP Account | 6626 | Hines Nurseries LLC | 24,154.60 | 11/07/10 | Y |
| 10320 | Bank of America | Certificate of Deposit | 3362 | Hines Nurseries LLC | 10,442.14 | 11/07/10 | Y |
| 10330 | Bank of America | Utility Deposit | 9633 | Hines Nurseries LLC | 200,000.00 | 11/07/10 | Y |
| | | | | | $ 1,000,416.55 | | |

**Other account managed by the Debtor**[1]:

| Institution | Account Name | Account # |
|---|---|---|
| Bank of America | BD Bordiers HoldCo LLC | 1641 |

(1) The Debtor maintains one bank account on behalf of BD Bordiers HoldCo LLC ("HoldCo") as described in MOR 5.

In re: Hines Nurseries LLC  
Debtor

Case No. 10-13310  
Reporting Period: October 12, 2010 through November 7, 2010

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

In re: Hines Nurseries LLC  
Debtor

Case No. 10-13310  
Reporting Period: October 12, 2010 through November 7, 2010

## MOR-2 - STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| ($ in 000's) | 10/4/10 - 11/7/10 |
|---|---:|
| Sales, net | $4,781 |
| Cost of goods sold | 12,505 |
| Gross profit | (7,724) |
| Gross profit % | -161.6% |
| Operating Expenses: | |
| Distribution expense | 861 |
| Selling Expense | 1,048 |
| General & administrative expense | 693 |
| Depreciation Expenses | 114 |
| Bad Debt Expense | - |
| Total selling, g & a expense | 2,716 |
| Other (income) expenses | 28 |
| Other non-recurring | - |
| Total Operating Expense | 2,744 |
| **Operating loss** | (10,468) |
| Other Expenses: | |
| Interest expense, net | 926 |
| MSA (revenue)/ expense | 101 |
| Loss before income taxes and reorganization | (11,495) |
| Reorganization Items: | |
| Professional fees [1] | 1,367 |
| Net loss | $ (12,862) |

Note:  
(1) Represents an accrual of professional fees under the Debtor's accounting methodology and does not reflect actual payments made to professionals.

(2) The Statement of Operations, Balance Sheet, and Cash Flows of Hines Nurseries LLC (the "Debtor") has been taken from the books and records of the Debtor. The amounts reflected in these financials are unaudited. The Debtor reserves the right to amend the Monthly Operating Report in all respects at any time as may be necessary or appropriate.

## MOR-3a - BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

($ in 000's)

| ASSETS | November 7, 2010 | October 3, 2010 |
|---|---:|---:|
| **Current Assets:** | | |
| Cash | $ 1,000 | $ 632 |
| Accounts receivable, net | 4,613 | 5,253 |
| Inventories | 72,048 | 80,513 |
| Prepaid expenses and other current assets | 6,255 | 2,011 |
| **Total current assets** | **83,916** | **88,409** |
| Fixed assets, net | 73,691 | 74,416 |
| Other assets | 862 | 848 |
| **TOTAL ASSETS** | **$ 158,469** | **$ 163,673** |
| **LIABILITIES & SHAREHOLDERS' EQUITY** | | |
| **Liabilities - Pre-Petition** | | |
| **Current Liabilities:** | | |
| Accounts payable | $ 7,388 | $ 6,923 |
| Accrued liabilities | 3,290 | 4,267 |
| Accrued payroll and benefits | 1,240 | 2,158 |
| Accrued interest | - | 24 |
| Borrowings on revolving credit facility | 48,614 | 46,449 |
| Subordinated PIK Loan | 17,203 | 16,781 |
| Term Loans | 10,500 | 10,500 |
| **Total current pre-petition liabilities** | **88,235** | **87,102** |
| Other L-T Liabilities - Pre-Petition | - | 133 |
| **Liabilities - Post Petition** | | |
| Accounts payable | $ 1,025 | $ - |
| Accrued liabilities | 1,687 | - |
| Accrued payroll and benefits | 1,420 | - |
| Accrued interest | 77 | - |
| DIP Line | 2,300 | - |
| **Total current post-petition liabilities** | **6,509** | **-** |
| Other L-T Liabilities - Post-Petition | 149 | |
| Shareholders' equity | 63,576 | 76,438 |
| **TOTAL LIABILITIES & SHAREHOLDERS' EQUITY** | **$ 158,469** | **$ 163,673** |

## MOR-3b - STATEMENT OF CASH FLOWS - INDIRECT METHOD

| ($ in 000's) | 10/4/10 - 11/7/10 |
|---|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | |
| Net income (loss) | ($12,862) |
| Adjustments to reconcile net loss to net cash used in operating activities: | |
| Depreciation | 725 |
| Amortization of deferred financing costs | - |
| Accretion of asset retirement obligations | 12 |
| Loss on sale of assets | - |
| Non-Cash Interest | 422 |
| Deferred income taxes | - |
| **CHANGES IN WORKING CAPITAL ACCOUNTS:** | |
| Accounts receivable | 640 |
| Inventories | 8,442 |
| Prepaid expenses and other current assets | (4,244) |
| Accounts payable and accrued liabilities | 2,768 |
| Net cash used in operating activities | $ (4,097) |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | |
| Purchase of fixed assets | - |
| Proceeds from sale of fixed assets | - |
| Net cash (used in) provided by investing activities | - |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | |
| Borrowings on revolving line of credit | 4,465 |
| Repayments on revolving line of credit | - |
| Debt issuance costs | - |
| Deferred financing costs | - |
| Net cash provided by financing activities | 4,465 |
| **NET CHANGE IN CASH** | 368 |
| **CASH, beginning of period** | $ 632 |
| **CASH, end of period** | $ 1,000 |

Notes:
(1) The Statement of Operations, Balance Sheet, and Cash Flows of Hines Nurseries LLC (the "Debtor") has been taken from the books and records of the Debtor. The amounts reflected in these financials are unaudited. The Debtor reserves the right to amend the Monthly Operating Report in all respects at any time as may be necessary or appropriate.

In re: Hines Nurseries LLC  
Debtor

Case No. 10-13310  
Reporting Period: October 12, 2010 through November 7, 2010

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |
| Consolidated Horticulture Group LLC, Hines Nurseries LLC and New Hines Parent Company LLC are current with all postpetition taxes. | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Aged | | | | |
|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable Aging (Post Petition)[1] | $ 1,423,633 | $ - | $ - | $ - | $ 1,423,633 |
| Total Accounts Payable Aging (Post Petition) | $ 1,423,633 | $ - | $ - | $ - | $ 1,423,633 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

Note:
(1) The balance of Accounts Payable (post petition) as presented on the Debtor's balance sheet (MOR-3a) is comprised of accrued post-petition liabilities for which the Debtor has not yet been invoiced, offset by pre-payments for goods that have not yet been applied to invoices received.

## MOR-5 - ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

($ in 000's)

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | $ 6,039 |
| Sales (+) | 5,051 |
| Credit Memos (-) | 184 |
| Other Adjustments | (151) |
| Net Collections - Includes Non A/R Cash (-) | 5,369 |
| Total Accounts Receivable at the end of the reporting period | $ 5,386 |

| Accounts Receivable Aging | Amount |
|---|---:|
| Future | $ 1,057 |
| Current | 2,463 |
| 0 - 30 days old | 1,174 |
| 31 - 60 days old | 79 |
| 61 - 90 days old | 2 |
| 91+ days old | 611 |
| Total Accounts Receivable | 5,386 |
| Amount considered uncollectible (Bad Debt) | (773) |
| Accounts Receivable (Net) | $ 4,613 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | |

Notes:

2. Hines Nurseries LLC ("Hines Nurseries") manages one bank account for the sole benefit of BD Bordiers Holdco LLC ("HoldCo") pursuant to the terms of that certain Master Services Agreement (the "MSA") between Holdco and Hines Nurseries. Under the MSA, Hines Nurseries collects funds belonging to HoldCo from the sale of certain inventory and collection of receivables and transfers such funds to Holdco pursuant to the MSA. The MSA provides that the Net Proceeds (as defined in the MSA) received by Hines Nurseries with respect to the sale of the Receivables (as defined in the MSA) constitute property of Holdco and are held "in trust" for the benefit of Holdco. The bank account maintained by Hines Nurseries on behalf of HoldCo with respect to the turnover of the Net Proceeds belonging to Holdco is listed on MOR 1-a.

5. Utility Assurance Account Created