IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSOLIDATED HORTICULTURE | ) | Case No. 10-13308 (CSS) |
| GROUP LLC, et al.,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 169 |

## <u>AMENDED</u> NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 14, 2010 AT 3:00 P.M. BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801

## CONTESTED MATTERS:

1. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Liens and Superpriority Claims, (C) Authorizing Use of Cash Collateral, (D) Granting Adequate Protection to Prepetition Secured Parties, and (E) Scheduling a Final Hearing [Filed: 10/13/10] (Docket No. 15)

   Related Documents:

   a. [Signed] Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 10/14/10] (Docket No. 43)

   b. Notice of Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Liens and Superpriority Claims, (C) Authorizing Use of Cash Collateral, (D) Granting Adequate Protection to Prepetition Secured Parties, and (E) Scheduling a Final Hearing [Filed: 10/14/10] (Docket No. 53)

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Consolidated Horticulture Group LLC (2698); New Hines Parent Company LLC (9355); Hines Nurseries LLC (2567). The location of the Debtors' headquarters and the service address for the Debtors is: 12621 Jeffrey Road, Irvine, California 92620.

c. [Signed] Second Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 11/12/10] (Docket No. 119)

d. [Signed] Third Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 11/30/10] (Docket No. 149)

Response Deadline: December 3, 2010, at 5:00 p.m. *(extended until December 10, 2010, at 11:00 a.m. for the Official Committee of Unsecured Creditors and Bank of America)*

Responses Received:

a. Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Entry of Interim and Final Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Liens and Superpriority Claims, (C) Authorizing Use of Cash Collateral, and (D) Granting Adequate Protection to Prepetition Secured Parties [Filed: 12/10/10] (Docket No. 167)

b. Objection of Bank of America, N.A., Agent for the Debtors' Pre-Petition Secured Revolving Facility, to (1) Approval of the Debtors' Postpetition Financing on a Final Basis and (2) Approval of the Debtors' Bidding Procedures Motion [Filed: 12/10/10] (Docket No. 168)

Status: This matter will go forward.

2. Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Other Related Relief [Filed: 12/7/10] (Docket No. 157)

Related Documents:

a. [Proposed] Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Other Related Relief [Filed: 12/7/10] (Docket No. 157)

b. [Signed] Order Fixing Hearing Date and Shortening Time to Object or Respond to Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Other Related Relief [Filed: 12/8/10] (Docket No. 163)

c. Notice of Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Other Related Relief [Filed: 12/8/10] (Docket No. 164)

Response Deadline: December 10, 2010, at 4:00 p.m. *(extended until December 12, 2010 for the U.S. Trustee and the Official Committee of Unsecured Creditors)*

Responses Received:

a. Objection of Bank of America, N.A., Agent for the Debtors' Pre-Petition Secured Revolving Facility, to (1) Approval of the Debtors' Postpetition Financing on a Final Basis and (2) Approval of the Debtors' Bidding Procedures Motion [Filed: 12/10/10] (Docket No. 168)

b. **Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Other Related Relief [Filed: 12/12/10] (Docket No. 171)**

c. United States Trustee's Objection to Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Other Related Relief [Filed: 12/13/10] (Docket No. 172)

Status: This matter will go forward.

Dated: December 13, 2010

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
email: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
jfried@pszjlaw.com
tcairns@pszjlaw.com

and

JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.
R. Patrick Vance (pro hac vice pending)
Elizabeth J. Futrell (pro hac vice pending)
Erica N. Beck (pro hac vice pending)
Mark A. Mintz (pro hac vice pending)
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: 504-582-8000
Fax: 504-582-8011

Co-Counsel for Debtors and Debtors in Possession