IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSOLIDATED HORTICULTURE | ) | Case No. 10-13308 (CSS) |
| GROUP LLC, et al.,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket No. 157, 168, 171 and 172** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTORS' ASSETS, (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE AND APPROVE THE FORM AND MANNER OF NOTICE RELATED THERETO; (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; AND (D) GRANTING OTHER RELATED RELIEF (DOCKET NO. 157)**

The under signed hereby certifies that:

1. On December 7, 2010, the *Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Other Related Relief* (the "Motion") [Docket No. 157] was filed with the court.

2. Pursuant to the *Notice of Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto;*

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Consolidated Horticulture Group LLC (2698); New Hines Parent Company LLC (9355); Hines Nurseries LLC (2567). The location of the Debtors' headquarters and the service address for the Debtors is: 12621 Jeffrey Road, Irvine, California 92620.

15341-001\DOCS_DE:166197.1

*(C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Other Related Relief* [Docket No. 157], objections to the Motion were to be filed and served no later than December 10, 2010 at 4:00 p.m. (the "Objection Deadline"). The objection deadline was extended until December 12, 2010 at 5:00 p.m. for the United States Trustee (the "Trustee") and the Official Committee of Unsecured Creditors (the "Committee").

3. On December 10, 2010, Bank of America, N.A., filed the *Objection of Bank of America, N.A., Agent for the Debtors' Pre-Petition Secured Revolving Facility, to (1) Approval of the Debtors' Postpetition Financing on a Final Basis and (2) Approval of the Debtors' Bidding Procedures Motion* [Docket No. 168].

4. On December 12, 2010, the Committee filed the *Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Other Related Relief* [Docket No. 171].

5. On December 13, 2010, the Trustee filed the *United States Trustee's Objection to Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Other Related Relief [Docket No. 172].*

6. A hearing to consider bidding procedures with respect to the Motion was held on December 14, 2010 (the "Hearing").

7. The Debtors revised the order attached to the Motion to reflect the comments made on the record at the Hearing. Attached hereto as <u>Exhibit 1</u> is a revised form of Order (the "Revised Order") for the Court's consideration.

8. Attached hereto as <u>Exhibit 2</u> is a blacklined order, which is a comparison of the order presented to the Court at the Hearing, against the Revised Order.

9. It is hereby respectfully requested that the Revised Order be entered at the Court's earliest convenience.

Dated: December 16, 2010

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
email: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
jfried@pszjlaw.com
tcairns@pszjlaw.com

Counsel for Debtors and Debtors in Possession