# Exhibit 3

# Creditor Notice

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSOLIDATED HORTICULTURE GROUP LLC, et al.,[1] | ) ) ) | Case No. 10-13308 (CSS) |
| | ) | |
| Debtors. | ) ) ) | (Jointly Administered) |

Deadline for Objections to Sale Motion: February 21, 2011 at 4:00 p.m. (Eastern time)
Deadline for Submitting Bids: February 23, 2011 at 12:00 p.m. Noon (Eastern time)
Auction Date: February 25, 2011 at 10:00 a.m. (Eastern time)
Hearing Date on Sale Motion: February 28, 2011 at 11:00 a.m. (Eastern time)

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on December 7, 2010, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets; (B) Scheduling An Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; and (D) Granting Other Related Relief* (the "Bidding Procedures Motion")[2]. On December ___, 2010, the Court entered an order (the "Bidding Procedures Order") granting the Bidding Procedures Motion and approving the bidding procedures annexed thereto (the "Bidding Procedures") to be used in connection with the auction (the "Auction") of the Debtors' assets (the "Assets"). The Assets are being sold free and clear of

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Consolidated Horticulture Group LLC (2698); New Hines Parent Company LLC (9355); Hines Nurseries LLC (2567). The location of the Debtors' headquarters and the service address for the Debtors is: 12621 Jeffrey Road, Irvine, California 92620.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Bidding Procedures Motion.

15341-001\DOCS_DE:165937.4

all liens, claims, encumbrances and interests, provided that section 363(f) of the Bankruptcy Code has been satisfied. The Debtors do not currently have a "stalking horse" bidder for the Assets. The Bidding Procedures contemplate that a buyer for the Assets will be identified at a later date.

### Bids

**PLEASE TAKE FURTHER NOTICE** that the deadline for submitting bids by a Qualified Bidder shall be **February 23, 2011, at 12:00 p.m. Noon (Eastern Time)** (the "Bid Deadline"). Any person interested in participating in the bidding process for all or a portion of the Assets (each a "Potential Bidder") must satisfy the requirements set forth in the Bidding Procedures.

A "Qualified Bidder" is a Potential Bidder (or combination of Potential Bidders whose bids for the Assets of the Debtors do not overlap and who shall also be referred to herein as a single Qualified Bidder) that delivers the documents described in the Bidding Procedures.

A Qualified Bidder that desires to make a bid will deliver written copies by hand delivery, overnight courier, mail, facsimile and/or email of its bid to counsel to the Debtors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Facsimile: (302) 652-4400 (Attention: Laura Davis Jones and David M. Bertenthal), so as to be received not later than the Bid Deadline.

### Auction

**PLEASE TAKE FURTHER NOTICE** that if the Debtors receive more than one Qualified Bid, the Debtors will conduct an auction (the "Auction") to determine the highest and

best bid with respect to the Assets. The Auction shall commence at **10:00 a.m. (Eastern Time) on February 25, 2011**, at Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899-8705, or such other date or location as designated prior to the Auction.

### The Sale Hearing

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing for **February 28, 2011, at 11:00 a.m. (Eastern Time)** (the "Sale Hearing") to consider approval of the winning bid(s) and confirm the results at the Auction for the Assets, pursuant to a motion filed by the Debtors seeking approval thereof (the "Sale Motion"). The Sale Hearing may, however, be adjourned in open court from time to time, without further notice. The Sale Hearing will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE BE TAKE FURTHER NOTICE** that the Bidding Procedures shall govern the bidding process and the Auction of the Assets. Any person that wishes to receive a copy of the Sale Motion, Bidding Procedures or the Bidding Procedures Order shall make such request in writing to Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones.

## Objections

Any objection to any of the relief to be requested at the Sale Hearing must be in writing, state the basis of such objection with specificity, and shall be filed with the Court, with a courtesy copy to Chambers, and shall be served on: (i) the Debtors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Facsimile: (302) 652-4400 (Attention: Laura Davis Jones and David M. Bertenthal), (ii) counsel to the Committee: Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068, Facsimile: (973) 597-2465 (Attention: Sharon L. Levine and Wojciech F. Jung) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801, Facsimile: (302) 425-6464 (Attention: Alan Michael Root and David W. Carickhoff); (iii) counsel to the DIP Agent, the Term Loan Agent and the Sub Loan Agent: Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Fax: (212) 593-5955 (Attention: Adam C. Harris and Kathryn L. Turner) and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Facsimile: (302) 467-4450 (Attention: Richard S. Cobb and Landon Ellis); (iv) counsel to the ABL Agent: Latham & Watkins LLP, 233 S. Wacker Drive, Suite 5800, Chicago, Illinois 60606, Facsimile: (312) 876-9767 (Attention: J. Douglas Bacon and Alice D. Burke) and Edwards Angell Palmer & Dodge LLP, 919 N. Market Street, Suite 1500, Wilmington, Delaware 19801, Facsimile: (888) 325-9533 (Attention: Stuart M. Brown and Michelle E. Marino); and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497 (Attention: Juliet Sarkessian), so as to be received by **February 21, 2011, at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that all requests for information concerning the Assets and all requests for information concerning the Bidding Procedures, should be directed in writing to Pachulski Stang Ziehl & Jones LLP, 919 N. Market St., 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones.

Dated: December ___, 2010      PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com
      jfried@pszjlaw.com
      tcairns@pszjlaw.com

Counsel for Debtors and Debtors in Possession