# <u>Exhibit 4</u>

## Cure Notice

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSOLIDATED HORTICULTURE GROUP LLC, et al.,[1] | ) ) ) | Case No. 10-13308 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | |

Deadline for Objections to Sale Motion: February 21, 2011 at 4:00 p.m. (Eastern time)
Deadline for Objections to Cure Amounts: February 21, 2011 at 4:00 p.m. (Eastern time)[2]
Deadline for Submitting Bids: February 23, 2011 at 12:00 p.m. Noon (Eastern time)
Auction Date: February 25, 2011 at 10:00 a.m. (Eastern time)
Hearing Date on Sale Motion: February 28, 2011 at 11:00 a.m. (Eastern time)

## NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED

**PLEASE TAKE NOTICE** that on October 12, 2010 (the "<u>Petition Date</u>"), the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") filed voluntary petitions for relief under title 11 of the United States Code (the "<u>Bankruptcy Code</u>"). On December 7, 2010, the Debtors filed their *Motion for an Order (i) Approving Asset Purchase Agreement and Authorizing the Sale of Certain of Their Assets Outside the Ordinary Course of Business; (ii) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (iii) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (iv) Granting Related Relief* (the "<u>Sale Motion</u>"),[3] and on December ___, 2010, the Bankruptcy

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Consolidated Horticulture Group LLC (2698); New Hines Parent Company LLC (9355); Hines Nurseries LLC (2567). The location of the Debtors' headquarters and the service address for the Debtors is: 12621 Jeffrey Road, Irvine, California 92620.

[2] In the event that you are served with this notice less than seven (7) days prior to the objection deadline noted above, you shall have seven (7) days after service of this notice to assert an objection to the assumption of your executory contract or unexpired lease, or the Debtors' proposed cure amount relating thereto.

[3] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Sale Motion.

15341-001\DOCS_DE:165937.4

Court entered its *Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, and (D) Granting Related Relief* (the "Bidding Procedures Order"). The Bidding Procedures Order approved certain bidding procedures for a sale (the "Bidding Procedures"). Pursuant to the Sale Motion, the Debtors seek, *inter alia*, the Bankruptcy Court's approval of the sale of the Debtors' assets (the "Assets"), including the assumption and assignment of various executory contracts and unexpired leases (the "Assumed Contracts"), to the successful purchaser of the Assets at an auction (the "Auction"), free and clear of liens, claims, encumbrances and other interests.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Sale Motion has been set for **February 28, 2011, at 11:00 a.m. (Eastern Time)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the amount shown on Exhibit A attached to this Notice as the "Cure Cost" for the Assumed Contract listed on Exhibit A to which you are a party is the amount, based upon the Debtors' books and records, which the Debtors assert is owed to cure any defaults existing under the Assumed Contract as of the Petition Date.[4]

---

[4] Your receipt of this notice does not constitute an admission by the Debtors that your agreement actually constitutes an executory contract or unexpired lease under section 365 of the Bankruptcy Code, and the Debtors expressly reserve the right to challenge the status of any agreement.

**PLEASE TAKE FURTHER NOTICE** that the buyer may exclude any agreement or agreements from the list of Assumed Contracts at any time within seven (7) calendar days prior to the closing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are concurrently herewith delivering a copy of the Sale Motion to you and will do so again by facsimile, email or overnight delivery if you fax a written request for such delivery to Laura Davis Jones, Esquire, at Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, facsimile number 302-652-4400 or request a copy by email to ljones@pszjlaw.com. Such request must specify how the information is to be transmitted.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Cost shown for the Assumed Contract on Exhibit A, or if you object to the assumption and assignment of your Assumed Contract on any ground, you must file an objection in writing with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Wilmington, Delaware 19801, on or before the later of **4:00 p.m. Eastern time on February 21, 2011**, or the date that is seven (7) days after you are served with notice that your executory contract or unexpired lease has been designated as an Assumed Contract. In addition, any objection must set forth the specific default or defaults alleged, set forth any such other ground for objection, and set forth any Cure Cost as alleged by you.

**PLEASE TAKE FURTHER NOTICE** that any objection to the assignment and assumption of your Assumed Contract or to the Cure Cost must be served so as to be received by that same date and time stated above upon the following parties: (i) the Debtors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801,

Facsimile: (302) 652-4400 (Attention: Laura Davis Jones and David M. Bertenthal), (ii) counsel to the Committee: Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068, Facsimile: (973) 597-2465 (Attention: Sharon L. Levine and Wojciech F. Jung) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801, Facsimile: (302) 425-6464 (Attention: Alan Michael Root and David W. Carickhoff); (iii) counsel to the DIP Agent, the Term Loan Agent and the Sub Loan Agent: Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Fax: (212) 593-5955 (Attention: Adam C. Harris and Kathryn L. Turner) and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Facsimile: (302) 467-4450 (Attention: Richard S. Cobb and Landon Ellis); (iv) counsel to the ABL Agent: Latham & Watkins LLP, 233 S. Wacker Drive, Suite 5800, Chicago, Illinois 60606, Facsimile: (312) 876-9767 (Attention: J. Douglas Bacon and Alice D. Burke) and Edwards Angell Palmer & Dodge LLP, 919 N. Market Street, Suite 1500, Wilmington, Delaware 19801, Facsimile: (888) 325-9533 (Attention: Stuart M. Brown and Michelle E. Marino); and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497 (Attention: Juliet Sarkessian).

**PLEASE TAKE FURTHER NOTICE** that if the Debtors receive more than one Qualified Bid, the Debtors will may conduct an auction (the "<u>Auction</u>") to determine the highest and best bid with respect to the Assets. The Auction shall commence at <u>**10:00 a.m. (Eastern Time) on February 25, 2011**</u>, at Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899-8705, or such other date or location as designated prior to the Auction.

**PLEASE TAKE FURTHER NOTICE** that if you wish to be notified of the identity of any Qualified Bidder, Successful Bidder or Alternative Bidder (as defined in the Bidding Procedures) as soon as practicable after such parties are identified in accordance with the Bidding Procedures, you must fax a written request for such delivery to Laura Davis Jones, Esquire, at Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, facsimile number 302-652-4400 or request a copy by email to ljones@pszjlaw.com. Such request must specify how the information is to be transmitted.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION OR OBJECTIONS AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE. ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE COSTS FOR SUCH ASSUMED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE COSTS, AND ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION ON OTHER GROUNDS IS DEEMED TO HAVE CONSENTED TO SUCH ASSIGNMENT AND ASSUMPTION.**

Dated: December ___, 2010   PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       jfried@pszjlaw.com
       tcairns@pszjlaw.com

Counsel for Debtors and Debtors in Possession

# EXHIBIT A TO CURE NOTICE

Schedule of Assumed Contracts and Cure Costs

[TO BE SUPPLEMENTED]