IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CONSOLIDATED HORTICULTURE GROUP LLC, et al.,**[1] | ) ) ) | Case No. 10-13308 (CSS) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

Hearing Date: January 25, 2011 at 2:00 p.m. (ET)
Objection Deadline: January 18, 2011 at 4:00 p.m. (ET)

## APPLICATION FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BDO USA, LLP AS AUDITORS FOR THE DEBTORS AND DEBTORS IN POSSESSION NUNC PRO TUNC TO OCTOBER 25, 2010

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") submit this application for an order authorizing the employment and retention of BDO USA, LLP ("BDO") as auditors for the Debtors on the terms set forth in the Engagement Letter of October 26, 2010 attached hereto as **Exhibit A** (the "Engagement Letter") to the *Affidavit of Kristen McCarthy in Support of the Application for Order Authorizing Retention and Employment of BDO USA, LLP as Auditors for the Debtors and Debtors in Possession and Statement Pursuant to Federal Rule of Bankruptcy Procedure 2014(A) and 327(A) of the Bankruptcy Code Nunc Pro Tunc to the Petition Date* (the "McCarthy Affidavit"), filed concurrently herewith, and respectfully represents and sets forth as follows:

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Consolidated Horticulture Group LLC (2698); New Hines Parent Company LLC (9355); Hines Nurseries LLC (2567). The location of the Debtors' headquarters and the service address for the Debtors is: 12621 Jeffrey Road, Irvine, California 92620.

15341-001\DOCS_SF:74953.4    1

### Jurisdiction

1. The Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this proceeding and this application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief requested herein is 11 U.S.C. § 327(a).

### Background

3. On October 12, 2010 (the "Petition Date"), the Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the possession of their property and have continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases. On October 26, 2010, the Office of the United States Trustee formed an Official Committee of Unsecured Creditors and appointed three members thereto (the "Creditors Committee").

4. The Debtors operate one of the largest commercial nursery operations in North America, producing and distributing one of the broadest assortments of ornamental shrubs, color plants and container-grown plants in the industry. The Debtors sell their green goods to more than 800 retail and commercial customers, representing more than 3,400 outlets throughout the United States, including premium local and regional garden centers, as well as leading national home centers and retailers, such as The Home Depot, Lowe's and Wal-Mart.

5. As of the Petition Date, the Debtors employed approximately 825 full-time employees and 75 part-time employees. The Debtors' employee base fluctuates seasonally from a

low of approximately 850 to a high of approximately 1,200 employees during the activity-intensive preparation and selling season from February to June (excluding temporary workers). None of the Debtors' employees are represented by a labor union. Hourly, salaried and contract labor comprise nearly 41% of the Debtors' production costs as of July 31, 2010. The Debtors produce approximately 5,100 varieties of ornamental shrubs, color plants, and container-grown plants grown primarily for outdoor use, most of which are sold under the Hines Nurseries TM trade name. The Debtors operate eight nurseries located in Arizona, California, Oregon and Texas.

6. In 2009, the Debtors recorded net sales of approximately $123.5 million. In 2009, the Debtors reported approximately $173.8 million in total assets and approximately $64.4 million in total liabilities, including secured obligations under the Debtors' prepetition secured revolving and term credit facilities.

7. The factual background relating to the Debtors' commencement of these Chapter 11 Cases is set forth in detail in the *Declaration of Stephen Thigpen, President and Chief Executive Officer of the Debtors, in Support of First Day Motions*, on the Petition Date and incorporated hereto by reference.

### Relief Requested

8. The Debtors desire to retain and employ BDO as their auditors, pursuant to section 327(a) of the Bankruptcy Code, to perform auditing services as summarized herein and consistent with the terms and conditions of the Engagement Letter. The Debtors further request that the Court authorize BDO's retention *nunc pro tunc* to October 25, 2010.

## BDO's Qualifications

9. BDO has rendered auditing services to the Debtors for Hines Nurseries LLC. As a result of this previous employment by the Debtors, BDO has considerable knowledge concerning the Debtors and is already familiar with the Debtors' business affairs to the extent necessary to provide the services set forth in the Engagement Letter.

10. BDO has significant qualifications and experience in performing the work described in these documents. The firm's experience in auditing matters is widely recognized, and it regularly provides such services to large and complex business entities. Moreover, BDO has extensive experience in delivering auditing consulting services in chapter 11 cases, and the Debtors believe that it is well-qualified and able to provide auditing services in a cost-effective, efficient, and timely manner.

## Scope of Services

11. Before the Petition Date, BDO functioned as the Debtors' auditors, and postpetition, BDO will perform the services called for, and set forth in, the Engagement Letter, which services include an audit of the combined balance sheet of Hines Nurseries, LLC as of January 2, 2011 and the related combined statements of operations, members' equity, and cash flows for the fiscal year then ending, all in accordance with auditing standards generally accepted in the United States of America. At the conclusion of the audit, BDO will submit to the Debtors a report containing BDO's opinion as to whether the combined financial statements, taken as a whole, are fairly presented based on accounting principles generally accepted in the United States of America.

## BDO's Disinterestedness

12. The Debtors understand and believe that, based upon the Debtors' review of the McCarthy Affidavit and except as may otherwise be set forth therein, BDO is a disinterested person as defined in section 101(14) of the Bankruptcy Code.

## Payment of Fees and Expenses

13. The Debtors understand that notwithstanding anything in the Engagement Letter to the contrary, BDO intends to apply to the Court for allowance of compensation and reimbursement of expenses for services performed for the Debtors in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, the guidelines established by the U.S. Trustee and any orders of this Court, without limitation, the *Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code* [Docket No. 94]. The hourly rates, subject to periodic adjustments, and fees charged by BDO professionals anticipated to provide services to the Debtors pursuant to this application are as set forth in the Engagement Letter. BDO shall charge the Debtors for the audit services described herein and in the Engagement Letter at a blended rate of $215 per hour, which represents a discount of 15% from BDO's standard rates. BDO expects the audit of the combined financial statements as of and for the fiscal year ending January 2, 2011 to take between 1,000 and 1,200 hours.

14. The terms and conditions of the Engagement Letter were negotiated by the Debtors and BDO at arm's length and in good faith. The Debtors respectfully submit that the proposed terms of engagement set forth in the Engagement Letter are reasonable and in the best interests of the Debtors, their estates and creditors.

## Notice

15. Notice of this motion has been given to the following parties or, in lieu thereof, to their counsel, if known: to (i) the Office of the United States Trustee, (ii) the Debtors' prepetition and postpetition secured lenders or, in lieu thereof, to their counsel, if known, (iii) the counsel for the Creditors' Committee, and (iv) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

## No Prior Request

16. No prior application for the relief requested herein has been made to this or any other court.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors request that this Court enter an Order (i) authorizing the Debtors to retain and employ BDO as their auditors *nunc pro tunc* to the October 25, 2010 and (ii) granting the Debtors such other and further relief as it deems just and proper.

Dated: December 20, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
email: ljones@pszjlaw.com
     dbertenthal@pszjlaw.com
     jfried@pszjlaw.com
     tcairns@pszjlaw.com

and

JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
R. Patrick Vance (pro hac vice pending)
Elizabeth J. Futrell (pro hac vice pending)
Erica N. Beck (pro hac vice pending)
Mark A. Mintz (pro hac vice pending)
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: 504-582-8000
Fax: 504-582-8011

Counsel for Debtors and Debtors in Possession