IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CONSOLIDATED HORTICULTURE GROUP LLC, *et al.*,[1] | ) Case No. 10-13308 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

Hearing Date: **January 25, 2011 at 2:00 p.m. (ET)**
Objection Deadline: **January 18, 2011 at 4:00 p.m. (ET)**

## NOTICE OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 327(A) AND FED. R. BANKR. P. 2014(A) AND 2016 AUTHORIZING THE EMPLOYMENT AND RETENTION OF KIECKHAFER, SCHIFFER & COMPANY, LLP AS TAX ADVISORS AND ACCOUNTANTS TO THE DEBTORS

TO: (i) the United States Trustee; (ii) counsel to the prepetition and postpetition secured lenders; (iii) counsel to the Official Committee of Unsecured Creditors; and (iv) all other parties required to receive service under Rule 2002-1(b) of the Local Rules.

**PLEASE TAKE NOTICE** that on January 3, 2011, the debtors and debtors in possession (the "Debtors"), in the above-captioned cases, filed the *Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 Authorizing the Employment and Retention of Kieckhafer, Schiffer & Company, LLP as Tax Advisors and Accountants to the Debtors* (the "Application"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Application must be filed with the Bankruptcy Court on or before **January**

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Consolidated Horticulture Group LLC (2698); New Hines Parent Company LLC (9355); Hines Nurseries LLC (2567). The location of the Debtors' headquarters and the service address for the Debtors is: 12621 Jeffrey Road, Irvine, California 92620.

18, 2011 at 4:00 p.m. prevailing Eastern time.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Facsimile: (302) 652-4400 (Attention: Laura Davis Jones and David M. Bertenthal), (ii) counsel to the Committee: Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068, Facsimile: (973) 597-2465 (Attention: Sharon L. Levine and Wojciech F. Jung) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801, Facsimile: (302) 425-6464 (Attention: Alan Michael Root and David W. Carickhoff); (iii) counsel to the DIP Agent, the Term Loan Agent and the Sub Loan Agent: Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Fax: (212) 593-5955 (Attention: Adam C. Harris and Kathryn L. Turner) and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Facsimile: (302) 467-4450 (Attention: Richard S. Cobb and Landon Ellis); (iv) counsel to the ABL Agent: Latham & Watkins LLP, 233 S. Wacker Drive, Suite 5800, Chicago, Illinois 60606, Facsimile: (312) 876-9767 (Attention: J. Douglas Bacon and Alice D. Burke) and Edwards Angell Palmer & Dodge LLP, 919 N. Market Street, Suite 1500, Wilmington, Delaware 19801, Facsimile: (888) 325-9533 (Attention: Stuart M. Brown and Michelle E. Marino); and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497 (Attention: Juliet Sarkessian).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **JANUARY 25, 2011 AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

Dated: January 3, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Curtis A. Hehn (Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
email: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
jfried@pszjlaw.com
chehn@pszjlaw.com
tcairns@pszjlaw.com

Counsel for Debtors and Debtors in Possession