IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Consolidated Horticulture Group LLC,<br>*et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No.10-13308 (CSS)<br><br><br>Re Docket No. |

## CERTIFICATE OF SERVICE

I Curtis Hehn, hereby certify that on the 3rd day of January, 2011, I caused a copy

of the following document(s) to be served on the individuals on the attached service list(s) in the

manner indicated:

**NOTICE OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO
11 U.S.C. SECTION 327(A) AND FED R. BANKR P. 2014(A) AND 2016 AUTHORIZING
THE EMPLOYMENT AND RETENTION OF KIECKHAFER, SCHIFFER &
COMPANY LLP AS TAX ADVISORS AND ACCOUNTANTS TO THE DEBTORS**

**DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO
11 U.S.C. SECTION 327(A) AND FED R. BANKR P. 2014(A) AND 2016 AUTHORIZING
THE EMPLOYMENT AND RETENTION OF KIECKHAFER, SCHIFFER &
COMPANY LLP AS TAX ADVISORS AND ACCOUNTANTS TO THE DEBTORS**

**DECLARATION OF CLARK DUNN IN SUPPORT OF THE DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. SECTION
327(A) AND FED R. BANKR P. 2014(A) AND 2016 AUTHORIZING THE
EMPLOYMENT AND RETENTION OF KIECKHAFER, SCHIFFER & COMPANY
LLP AS TAX ADVISORS AND ACCOUNTANTS TO THE DEBTORS**

**ORDER PURSUANT TO 11 U.S.C. SECTION 327(A) AND FED R. BANKR P. 2014(A)
AND 2016 AUTHORIZING THE EMPLOYMENT AND RETENTION OF
KIECKHAFER, SCHIFFER & COMPANY LLP AS TAX ADVISORS AND
ACCOUNTANTS TO THE DEBTORS**

/s/ Curtis Hehn
                    Curtis Hehn (Bar No. 4264)

14420-001\DOCS_DE:164262.1

**Consolidated Horticulture Group**
**First Class 2002 Service List**
Case No. 10-
Document No. 164419
01 - Interoffice
08 – Hand Delivery
20 – First Class Mail


(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

**Interoffice Mail**
(Counsel for Debtors and Debtors in
Possession)
David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Hand Delivery**
)
Parcels
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Juliet Sarkessian, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to the DIP Agent; Counsel for
Black Diamond Commercial Finance,
L.L.C.)
Richard S. Cobb, Esquire
J. Landon Ellis, Esquire
Landis, Rath & Cobb, LLP
919 Market Street, Suite 1800
P.O. Box 2097
Wilmington, DE 19899

**Hand Delivery**
(Counsel to the Sub Loan Agent and the
Term Loan Agent)
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Bank of America, N.A.)
Stuart M. Brown, Esquire
R. Craig Martin, Esquire
Michelle E. Marino, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to the Official Creditors
Committee)
David W. Crickhoff, Esquire
Alan M. Root, Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Irvine Company)
Michael G. Busenkell, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Ste. 1502
Wilmington, DE 19801

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114-0326

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**First Class Mail**
George S. Canellos, Esquire
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Matthew Berry, Esquire
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Counsel to the Official Creditors
Committee)
Kenneth A. Rosen, Esquire
Sharon L. Levine, Esquire
Vincent A. D'Agostino, Esquire
Wojciech F. Jung, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**First Class Mail**
(Counsel to the DIP Agent; Counsel for
Black Diamond Commercial Finance,
L.L.C.)
Adam Harris, Esquire
Kathryn Turner, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel to the ABL Agent; Counsel for
Bank of America, N.A.)
Douglas J. Bacon, Esquire
Alice Decker Burke, Esquire
Latham & Watkins LLP.
233 South Wacker Drive, Suite 5800
Chicago, IL 60606

**First Class Mail**
(Counsel to the Sub Loan Agent and the
Term Loan Agent)
Chris L. Dickerson, Esquire
Kimberly A. DeBeers, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606

**First Class Mail**
(Counsel for the Texas Comptroller of
Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**First Class Mail**
(Counsel for Irvine Company)
Jesse S. Finlayson, Esquire
Finlayson Williams Toffer Roosevelt &
Lilly LLP
15615 Alton Parkway, Suite 250
Irvine, CA 92618

**First Class Mail**
)
Jorge Fernandez
Janet Transport
12130 SW 181 Street
Miami, FL 33177

**First Class Mail**
(Counsel for Claimant Maricopa County)
Lori A. Lewis
Maricopa County
Office of General Litigation Services
301 West Jefferson Street, Suite 3200
Phoenix AZ 85003-2143

**First Class Mail**
(Counsel for Wilmington Trust Company, as
Trustee)
Mark D. Taylor, Esquire
Kilpatrick Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC 20005-2018

**First Class Mail**
(Counsel for Wilmington Trust Company, as
Trustee)
Kilpatrick Stockton LLP
Jeffrey P. Fuller, Esquire
1100 Peachtree Street, NE
Suite 200
Atlanta, GA 30309-4530