IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

Hines Nurseries Inc. ) Bankruptcy Case No.
)
)
Debtor ) 10-13308-CSS
)

## NOTICE OF WITHDRAWAL OF CLAIM

The claim of the U.S. Customs and Border Protection, previously filed in this case is withdrawn in its entirety.

DATE: MAY 2 3 2011

Kara N. Welty
Chief Debt Collection Section
Revenue Division
Office of Administration